NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA C. CARTIER GIROUX
Nevada Bar Number 14040
STEPHANIE N. IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: lisa.cartier-giroux@usdoj.gov
Email: stephanie.ihler@usdoj.gov

Attorney for the United States of America

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 16 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>TYREE WALKER,<br><br>DEVARIAN HAYNES, and<br><br>RICARDO DENSMORE,<br><br>    Defendants. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:20-cr- *126*<br><br>**VIOLATIONS:**<br><br>**Count One:**<br>18 U.S.C. § 844(n) – Conspiracy to Commit Arson;<br><br>**Count Two:**<br>18 U.S.C. §§ 844(i) and 2 – Arson;<br><br>**Count Three:**<br>18 U.S.C. § 844(n) – Conspiracy to Commit Arson; and<br><br>**Count Four:**<br>18 U.S.C. §§ 844(f)(1) and 2 – Arson |

**THE GRAND JURY CHARGES THAT:**

1

## COUNT ONE
*(Conspiracy to Commit Arson)*

On or about May 31, 2020, in the State and Federal District of Nevada,

**TYREE WALKER,**

**DEVARIAN HAYNES, and**

**RICARDO DENSMORE,**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a vehicle, to wit: a marked Las Vegas Metropolitan Police Patrol Unit, used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 844(n).

## COUNT TWO
*(Arson)*

On or about May 31, 2020, in the State and Federal District of Nevada,

**TYREE WALKER,**

**DEVARIAN HAYNES, and**

**RICARDO DENSMORE,**

defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a vehicle, to wit: a marked Las Vegas Metropolitan Police Patrol Unit, used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE
### (*Conspiracy to Commit Arson*)

On or about May 31, 2020, in the State and Federal District of Nevada,

**TYREE WALKER,**

**DEVARIAN HAYNES, and**

**RICARDO DENSMORE,**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a vehicle, to wit: a marked Las Vegas Metropolitan Police Patrol Unit, in whole or in part owned or possessed by, or leased to, any institution or organization receiving Federal financial assistance, all in violation of Title 18, United States Code, Section 844(n).

## COUNT FOUR
### (*Arson*)

On or about May 31, 2020, in the State and Federal District of Nevada,

**TYREE WALKER,**

**DEVARIAN HAYNES, and**

**RICARDO DENSMORE,**

defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a vehicle, to wit: a marked Las Vegas Metropolitan Police Patrol Unit, in whole or in part owned or possessed by, or leased to, any institution or

3

organization receiving Federal financial assistance, all in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

DATED: This 16th day of June 2020.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY


NICHOLAS TRUTANICH
United States Attorney

STEPHANIE IHLER
Assistant United States Attorney

4